**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00754-CV

### LOUELLA CLANTON, Appellant

### V.

### MARKOSE K. MARKOSE, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00664-A**

## ORDER

Before the Court is appellant's November 30, 2018 motion requesting a sixty-five day extension of time to file a brief. We **GRANT** the motion **to the extent** that appellant shall file a brief by **January 7, 2019**.

/s/    ADA BROWN
       JUSTICE